# EXHIBIT B

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520-
(516) 378-0700

November 17, 2020

[redacted]
Freeport, NY 11520-

RE: Registration - HFA3718 State - NY Year - 2015

Impound Number: FR-00770-20
Case Number...:

VIN..: 1C3CCCCB7FN545163
Make : CHRYSLER
Model: 200
Color: BLK

Dear [redacted]

You are hereby notified that the above described motor vehicle, for which you are listed as the last registered owner, has been impounded by this Department.

You are therefore being notified to reclaim the said vehicle forthwith. As pursuant to Section 1224 of the Vehicle and Traffic Law of the State of New York, you are liable for the costs of removal and storage of said vehicle.

YOUR FAILURE TO CLAIM THIS VEHICLE WILL NOT ABSOLVE YOU OF YOUR LIABILITY TO PAY THE REMOVAL AND STORAGE CHARGES FOR THIS VEHICLE.

The Village of Freeport shall acquire title to this vehicle unless claimed within ten (10) days of the above date. In such event the vehicle will be destroyed.

This is your final notice, you will receive no further communications regarding this matter.

If you are no longer the owner of the above vehicle, Disregard this notification.

91 7199 9991 7031 9522 5301

MARY R CUESTAS
PO

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

10/03/2022

[redacted]
FREEPORT, NY 11520

| | | |
|---|---|---|
| RE: Registration: | State: NY | Year: 2004 |
| Impound Number: FR-01293-22 | VIN: 2HGES16374H592121 | |
| Case Number: | Make: HONDA | |
| | Model: CIVIC | |
| | Color: GRY | |

Dea[redacted]

You are hereby notified that the above described motor vehicle (for which you are listed as the last operator, lienholder or registered owner) has been impounded by the Freeport Police Department.

You are therefore being notified to reclaim the said vehicle forthwith. As pursuant to Section 1224 of the Vehicle and Traffic Law of the State of New York, you are liable for the costs of storage and removal of the said vehicle.

YOUR FAILURE TO CLAIM THIS VEHICLE WILL NOT ABSOLVE YOU OF YOUR LIABILITY TO PAY THE STORAGE AND REMOVAL CHARGES FOR THIS VEHICLE.

The Village of Freeport shall acquire the title to this vehicle unless claimed within ten (10) days of the above date. In such event, the vehicle will be destroyed.

This is your final notice; you will receive no further communications regarding this matter.

If you are not the operator, lienholder or registered owner of the above vehicle, disregard this notication.

MICHAEL JOCKERS
CIV