# EXHIBIT C

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00665-22 | Impound Date: 04/27/2022 Time: 16:20
Release Date: 08/29/2022 Time: 12:00

RE: Registration: KMC6222 State: NY Year: 2013
VIN: KNDJT2A63D7601202 Blotter Number: FR-008970-22
Make: KIA Case Number:
Model: SOUL Color: GRN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00676-22 | Impound Date: 04/29/2022 | Time: 11:53
Release Date: 08/29/2022 | Time: 12:00

RE: Registration: JMB8845 | State: NY | Year: 2003
VIN: JNKCV51E13M316315 | Blotter Number: FR-009126-22
Make: INFINITI | Case Number:
Model: G35 | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00705-22

Impound Date: 05/04/2022 Time: 07:49
Release Date: 08/29/2022 Time: 12:00

RE: Registration: KSY1944 State: NY Year: 2005
VIN: 1N4AL11D75N903782 Blotter Number: FR-009594-22
Make: NISSAN Case Number:
Model: ALTIMA Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below,

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00716-22

Impound Date: 05/05/2022 Time: 08:44
Release Date: 08/29/2022 Time: 12:00

---

RE: Registration: jgg6148 State: NY Year: 2012
VIN: jn8ae2kpoc9042748 Blotter Number: FR-009695-22
Make: NISSAN Case Number:
Model: QUEST Color: GRY

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PC
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00751-22

Impound Date: 05/12/2022 Time: 23:27
Release Date: 08/29/2022 Time: 12:00

RE: Registration: JKU4253 State: NY Year: 2008
VIN: 1FMCU93198KB47178 Blotter Number: FR-010335-22
Make: FORD Case Number:
Model: ESCAPE Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00772-22 | Impound Date: 05/17/2022 | Time: 18:15
Release Date: 08/29/2022 | Time: 12:00

RE: Registration: | State: NY | Year:
VIN: L98B3H2G4M1000184 | Blotter Number: FR-010686-22
Make: X-PRO | Case Number:
Model: | Color: BLU/WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00791-22 | Impound Date: 05/23/2022 | Time: 01:34
Release Date: 08/29/2022 | Time: 12:00

RE: Registration: | State: NY | Year: 2009
VIN: JYARJ18E09A003266 | Blotter Number: FR-011174-22
Make: YAMAHA | Case Number:
Model: UNKNOWN | Color: YEL

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00814-22 | Impound Date: | Time:
Release Date: 08/29/2022 | Time: 12:00

RE: Registration: KGM9851 | State: NY | Year: 2005
VIN: 5FNRL38425B011985 | Blotter Number: FR-011933-22
Make: HONDA | Case Number:
Model: ODYSSEY | Color: GRY

TO:
Address:

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Av
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00816-22

Impound Date: 05/31/2022 Time: 01:01
Release Date: 08/29/2022 Time: 12:00

RE: Registration: KSM6584 State: NY Year: 1995
VIN: Blotter Number: FR-011893-22
Make: SATURN CORP Case Number:
Model: SL Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.:

Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00821-22

Impound Date: 05/31/2022 Time: 23:01
Release Date: 08/29/2022 Time: 12:00

RE: Registration: KSB7223
State: NY
Year: 2003
VIN:
Blotter Number: FR-012007-22
Make: CHEV
Case Number:
Model: IMPALA
Color: BROWN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

*** RELEASED TO NON STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.:
Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00831-22

Impound Date: 06/02/2022 Time: 21:23
Release Date: 09/20/2022 Time: 09:00

RE: Registration: State: NY Year: 2008

VIN: 1N4AL21E08N400520
Blotter Number: FR-012203-22
Make: NISSAN
Case Number:
Model: ALTIMA
Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

COPY

Authority (Desk Officer): EDWARD THOMPSON

Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY

Officer's Signature: PO [signature] 153

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00854-22 | Impound Date: 06/09/2022 | Time: 11:39
Release Date: 09/20/2022 | Time: 09:00

RE: Registration: kmx4793 | State: NY | Year: 2012
VIN: jn8a55mv9cw706651 | Blotter Number: FR-012773-22
Make: nissan | Case Number:
Model: rogue | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

COPY

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PC
Freeport NY

Officer's Signature: PO Kateyn Kp153

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00880-22
Impound Date: 06/17/2022 Time: 10:22
Release Date: 09/20/2022 Time: 09:00

RE: Registration: KLF8312 State: NY Year: 2017
VIN: 1N4AL3APXHC298257 Blotter Number: FR-013456-22
Make: NISSAN Case Number:
Model: ALTIMA Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

COPY

REMARKS

RELEASED TO NONSTOP TOWING//UNCLAIMED VEHICLE

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY

Officer's Signature: PO Kelley LKP153

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00886-22
Impound Date: 06/18/2022 Time: 09:27
Release Date: 09/20/2022 Time: 09:00

RE: Registration: N/A
State: NJ
Year: 2006
VIN: JH4CL96896C024499
Blotter Number: FR-013548-22
Case Number:
Make: ACURA
Color: BLU
Model: TSX

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

COPY

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple AV Freeport NY

Officer's Signature: PO Kaitlyn K p153

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00900-22
Impound Date: 06/23/2022 Time: 00:01
Release Date: 09/20/2022 Time: 09:00

RE: Registration: KUB4114 State: NY Year: 2011
VIN: 1GNKVEED8BJ255664 Blotter Number: FR-013983-22
Make: CHEVROLET Case Number:
Model: TRV Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

COPY

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY.

Officer's Signature: PO Kotlyn 153

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00914-22

Impound Date: 06/25/2022 Time: 08:34
Release Date: 09/20/2022 Time: 09:00

RE: Registration: 74436NC
State: NY
Year: 1997
VIN: 1FTFE24L8VHA48592
Blotter Number: FR-014211-22
Make: FORD
Case Number:
Model: E250
Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

COPY

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: 99 Maple PL Freeport NY

Officer's Signature: PO Katlyn K P153

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00933-22

Impound Date: 06/29/2022 Time: 09:12
Release Date: 12/15/2022 Time: 12:00

---

RE: Registration: KGL3153
VIN: 5N3AA08o24n801010
Make: INFINITI
Model: QX56

State: NY
Blotter Number: FR-014579-22
Case Number: FR-01769-22
Color: WHI

Year: 2004

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00949-22 | Impound Date: 06/30/2022 | Time: 15:39
Release Date: 09/20/2022 | Time: 09:00

RE: Registration: KFM1254 | State: NY | Year: 2011
VIN: 2CTFLXE59B6281017 | Blotter Number: FR-014728-22
Case Number:
Make: GMC | Color: BURGUNDY
Model: TERRAIN

TO: NON-STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

COPY

Plate No.: | State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING //UNCLAIMED VEHICLE

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL Freeport NY 11520

Officer's Signature: PO Kutlynk p153

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00951-22

Impound Date: 07/01/2022 Time: 13:43
Release Date: 11/16/2022 Time: 12:05

RE: Registration: KMC6096 State: NY Year: 2007
VIN: 4A3AL25F37E021360 Blotter Number: FR-014797-22
Make: MITSUBISHI Case Number:
Model: ECLIPSE Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KMC6096 State: NY
Proof of Ownership:

REMARKS

*** RELEASED TO NON-STOP TOWING ***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00953-22

Impound Date: 07/02/2022 Time: 10:23
Release Date: 11/16/2022 Time: 12:13

RE: Registration: KKL2972
VIN: 4T1BF1FK6DU285822
Make: TOYOTA
Model: CAMRY

State: NY
Blotter Number: FR-014896-22
Case Number:
Color: WHI

Year: 2013

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KKL2972 State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

...ICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00964-22

Impound Date: 07/06/2022 Time: 13:36
Release Date: 11/16/2022 Time: 12:51

RE: Registration: HYY7426 State: NY Year: 2011
VIN: 5NPDH4AE4BH058100 Blotter Number: FR-015362-22
Make: HYUNDAI Case Number:
Model: ELANTRA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KRP8206 State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature:

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00984-22

Impound Date: 07/12/2022 Time: 15:15
Release Date: 11/16/2022 Time: 13:11

RE: Registration: KGM7830
VIN: 2HGFA16929H314343
Make: HONDA
Model: CIVIC

State: NY
Blotter Number: FR-015930-22
Case Number:
Color: GRAY

Year: 2009

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KGM2830 State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ______________

Address of Person Claiming Vehicle: ______________
______________

Officer's Signature: ______________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00984-22

Impound Date: 07/12/2022 Time: 15:15
Release Date: 11/16/2022 Time: 13:11

RE: Registration: KGM7830 State: NY Year: 2009
VIN: 2HGFA16929H314343 Blotter Number: FR-015930-22
Make: HONDA Case Number:
Model: CIVIC Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KGM2830 State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01003-22 | Impound Date: 07/18/2022 | Time: 13:05
Release Date: 11/16/2022 | Time: 11:54

RE: Registration: | State: NY | Year: 2012
VIN: 1HGCP3F8XCA008629 | Blotter Number: FR-016530-22
Make: HONDA | Case Number: FR-01990-22
Model: ACCORD | Color:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 28170

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

____________

Officer's Signature: ____________

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01006-22 | Impound Date: 07/19/2022 | Time: 02:33
Release Date: 11/16/2022 | Time: 13:07

RE: Registration: KSY5855 | State: NY | Year: 2007
VIN: | Blotter Number: FR-016595-22
Make: MAZDA | Case Number:
Model: 3 | Color: BLUE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KSY5855 | State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01006-22 | Impound Date: 07/19/2022 | Time: 02:33
Release Date: 11/16/2022 | Time: 13:07

RE: Registration: KSY5855 State: NY Year: 2007
VIN:
Blotter Number: FR-016595-22
Make: MAZDA
Case Number:
Model: 3
Color: BLUE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KSY5855 State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01011-22 | Impound Date: 07/19/2022 | Time: 16:49
Release Date: 11/16/2022 | Time: 13:00

RE: Registration: State: Year: 1995
VIN: JHSTE030LGK035666 Blotter Number: FR-016641-22
Make: HONDA Case Number:
Model: FOURTRAX 200SX Color: RED/WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01030-22

Impound Date: 07/24/2022 Time: 20:15
Release Date: 11/16/2022 Time: 13:14

RE: Registration: NONE State: NY Year: 2007
VIN: JKAKXMTCX7A017551 Blotter Number: FR-017146-22
Make: KAWASAKI Case Number:
Model: Color: GRN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________
____________________

Officer's Signature: ____________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01031-22 | Impound Date: 07/24/2022 | Time: 22:46
Release Date: 11/16/2022 | Time: 13:47

RE: Registration: | State: NY | Year:

VIN: LJ7BRKZM9KETL1019 | Blotter Number: FR-017166-22

Make: SPECIALIZED VEH | Case Number: FR-02069-22

Model: MOTORIZED RIDE- | Color: BLU

TO: NON STOP TOWING.

Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:

Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL

Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________

______________________

Officer's Signature: ______________________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01039-22 | Impound Date: 07/26/2022 | Time: 15:30
Release Date: 11/16/2022 | Time: 13:45

RE: Registration: LFH9137 | State: PA | Year: 2006
VIN: WVABV13516KX49929 | Blotter Number: FR-017328-22
Make: BMW | Case Number:
Model: | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: LFH9137 | State: PA
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport

Officer's Signature:

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01041-22

Impound Date: 07/26/2022 Time: 18:59
Release Date: 11/16/2022 Time: 13:40

RE: Registration: THR7588 State: NC Year: 1986
VIN: JT2MA67L5G0177017 Blotter Number: FR-017344-22
Make: TOYOTA Case Number:
Model: SUPRA Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: THR7588 State: NC
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE

FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01060-22

Impound Date: 07/31/2022 Time: 22:12

Release Date: 11/16/2022 Time: 13:38

RE: Registration:

State: NY Year: 2022

VIN: LLOTCAPHONGO1372

Blotter Number: FR-017802-22

Make: SOLANA

Case Number: FR-02148-22

Model: AGILITY C

Color: BLK

TO: NON STOP TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL

Shield No.:

Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl

Freeport NY

Officer's Signature: ______

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01088-22 Impound Date: 08/06/2022 Time: 13:04
Release Date: 11/16/2022 Time: 13:33

---

RE: Registration: State: NY Year: 2006
VIN: 3VWSG71K86M622376 Blotter Number: FR-018303-22
Make: VOLKSWAGEN Case Number:
Model: JETTA Color: RED

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01094-22

Impound Date: 08/07/2022 Time: 08:46
Release Date: 11/16/2022 Time: 13:31

---

RE: Registration:

State: TX

Year: 2000

VIN: 1Y1SK5285YZ402926

Blotter Number: FR-018399-22

Make: CHEVROLET

Case Number:

Model: PRIZM

Color: GRY

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:

State: TX

Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.:

Serial No.: 26170

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________
______________________

---

Officer's Signature: ______________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01103-22 | Impound Date: 08/09/2022 | Time: 11:14
Release Date: 11/16/2022 | Time: 13:28

RE: Registration: State: NY Year:
VIN: 1N4BA41E96C860967 Blotter Number: FR-018589-22
Make: Case Number:
Model: Color:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01104-22 | Impound Date: 08/09/2022 | Time: 11:14
Release Date: 11/16/2022 | Time: 13:26

RE: Registration: | State: NY | Year: 2002
VIN: WBABS53452JU89522 | Blotter Number: FR-018588-22
Make: BMW | Case Number:
Model: 330CI | Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: ______________

Address of Person Claiming Vehicle: ______________

Officer's Signature: ______________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01128-22 | Impound Date: 08/16/2022 | Time: 09:09
Release Date: 11/16/2022 | Time: 13:22

RE: Registration: KRP8206 | State: NY | Year: 2005
VIN: WDBTK65JX5F166993 | Blotter Number: FR-019299-22
Make: MERCEDES | Case Number:
Model: 320 | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KRP8206 State: NY
Proof of Ownership:

REMARKS

***RELEASED TO NON-STOP TOWING***

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01179-22

Impound Date: 08/25/2022 Time: 21:07
Release Date: 12/15/2022 Time: 12:00

RE: Registration: RC2
VIN: JS1GR7HA8Y2102361
Make: SUZUKI
Model: UNKNOWN

State: NY
Blotter Number: FR-020263-22
Case Number: FR-02459-22
Color: GLD

Year: 2000

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01186-22 | Impound Date: 08/26/2022 | Time: 16:48
Release Date: 12/15/2022 | Time: 12:00

RE: Registration: KHL1546 | State: NY | Year: 2006
VIN: JTHBH96S365006870 | Blotter Number: FR-020346-22
Make: LEXUS | Case Number:
Model: GS300 | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01219-22

Impound Date: 08/31/2022 Time: 13:58
Release Date: 12/15/2022 Time: 12:00

RE: Registration: KRS8834 State: NY Year: 2010
VIN: NM0KS9BNXAT019443 Blotter Number: FR-020862-22
Make: FORD Case Number:
Model: TCN Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON

Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01220-22 | Impound Date: 08/31/2022 | Time: 16:05
Release Date: 12/15/2022 | Time: 12:00

RE: Registration: kfl2461 | State: NY | Year: 2010
VIN: 1n4al2ap1an459180 | Blotter Number: FR-020880-22
Make: NISSAN | Case Number:
Model: ALTIMA | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01252-22

Impound Date: 09/06/2022 Time: 14:43
Release Date: 12/15/2022 Time: 12:00

RE: Registration: KSE6429
VIN: 4T1BF3EK6AU039233
Make: TOYOTA
Model: CAMRY

State: NY
Blotter Number: FR-021533-22
Case Number:
Color: GRY

Year: 2010

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01260-22

Impound Date: 09/07/2022 Time: 14:09

Release Date: 12/15/2022 Time: 12:00

RE: Registration: KVY3034 State: NY Year: 2002

VIN: 1HGCG66852A044910 Blotter Number: FR-021639-22

Make: HONDA Case Number:

Model: ACCORD Color: GRY

TO: NON STOP TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE AV

FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON

Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01279-22 | Impound Date: 09/10/2022 | Time: 09:44
Release Date: 12/15/2022 | Time: 12:00

RE: Registration: HTY4252 | State: NY | Year: 2009
VIN: 1GAHG39K091135046 | Blotter Number: FR-021910-22
Make: CHEVROLET | Case Number:
Model: EXPRESS | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________
______________________

Officer's Signature: ______________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01293-22

Impound Date: 09/12/2022 Time: 13:53
Release Date: 12/15/2022 Time: 12:00

RE: Registration:
State: NY
Year: 2004
VIN: 2HGES16374H592121
Blotter Number: FR-022112-22
Make: HONDA
Case Number:
Model: CIVIC
Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01296-22
Impound Date: 09/12/2022 Time: 21:07
Release Date: 04/13/2023 Time: 07:46

RE: Registration: HDU5143 State: NY Year: 2019
VIN: JM3KFBCM0K1509012 Blotter Number: FR-022142-22
Make: MAZDA Case Number:
Model: CX5 Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: HDU5143 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.:
Serial No.: 26170

Signature of Person Claiming Vehicle: X [signature]

Address of Person Claiming Vehicle: NON-Stop towing
99 maple

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01322-22 | Impound Date: 09/16/2022 | Time: 15:59
Release Date: 12/15/2022 | Time: 12:00

RE: Registration: KYE6502 | State: NY | Year: 2007
VIN: 1FTPX12V77NA55390 | Blotter Number: FR-022601-22
Make: FORD | Case Number:
Model: F-150 | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP,
Address:

Plate No.: | State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A | Serial No.: 82330

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01323-22

Impound Date: 09/16/2022 Time: 17:27
Release Date: 12/15/2022 Time: 12:00

RE: Registration: TAM4529 State: GA Year: 2002
VIN: 1D7HU18Z32J206111 Blotter Number: FR-022517-22
Make: DODGE Case Number:
Model: RAM Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership: REMARKS:

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No: N/A. Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01325-22

Impound Date: 09/17/2022 Time: 09:22
Release Date: 12/15/2022 Time: 12:00

RE: Registration: N206220 State: NY Year: 2011
VIN: N203622C Blotter Number: FR-022568-22
Make: CHEVROLET Case Number:
Model: IMPALA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01330-22

Impound Date: 09/17/2022 Time: 20:35
Release Date: 12/16/2022 Time: 12:00

RE: Registration: KDX9792
State: NY
Year: 2009
VIN: 5J6RE48779L001816
Blotter Number: FR-022632-22
Make: HONDA
Case Number:
Model: CRV
Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A.
Serial No.: 82330

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01369-22

Impound Date: 09/22/2022 Time: 15:26
Release Date: 12/15/2022 Time: 12:00

RE: Registration: State: NY Year:
VIN: 44XGT21233C007659 Blotter Number: FR-023150-22
Make: ECONO TRAILER Case Number:
Model: UNKNOWN Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________
______________________

Officer's Signature: ______________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01372-22

Impound Date: 09/22/2022 Time: 21:32

Release Date: 12/15/2022 Time: 12:00

RE: Registration: KJE6781

State: NY

Year: 1990

VIN: WDBA30D7LB222561

Blotter Number: FR-023178-22

Make: MERCEDES BENZ

Case Number:

Model: 300

Color: WHITE

TO: NON STOP TOWING

Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE AV
FREEPORT, NY 11520

State:

Plate No.:

Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON

Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01376-22

Impound Date: 09/23/2022 Time: 10:17
Release Date: 12/15/2022 Time:

RE: Registration: JKA8014 State: NY Year: 2004
VIN: 1C4RDJEG2FC194030 Blotter Number: FR-023220-22
Make: FORD Case Number:
Model: TAURUS Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01378-22

Impound Date: 09/23/2022 Time: 11:53
Release Date: 12/15/2022 Time: 11:49

RE: Registration: HVS8971 State: NY Year: 2006
VIN: 1N4BA41E16C848974 Blotter Number: FR-023231-22
Make: NISSAN Case Number:
Model: MAXIMA Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: HVS8971 State: NY

Proof of Ownership:

REMARKS

***RELEASED TO NONSTOP TOWING***

Authority (Desk Officer): EDWARD THOMPSON

Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01475-22
Impound Date: 10/10/2022 Time: 15:59
Release Date: 01/12/2023 Time: 09:49

RE: Registration: KXG8498 State: NY Year: 2004
VIN: JHYCL96814CO19584 Blotter Number: FR-024796-22
Case Number:
Make: ACURA Color: GRY
Model: TSX

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KXG8498 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________
______________________

Officer's Signature: ______________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01475-22

Impound Date: 10/10/2022 Time: 15:59
Release Date: 01/12/2023 Time: 09:49

RE: Registration: KXG8498 State: NY Year: 2004
VIN: JHYCL96814CO19584 Blotter Number: FR-024796-22
Make: ACURA Case Number:
Model: TSX Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KXG8498 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________
____________________

Officer's Signature: ____________________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01498-22 | Impound Date: 10/13/2022 Time: 08:57 | Release Date: 01/12/2023 Time: 10:18

RE: Registration: kwx2879 State: NY Year: 2003
VIN: 1n4al11d63c118212 Blotter Number: FR-001111-23
Make: NISSAN Case Number:
Model: ALTIMA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: kwx2879 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: ________________

Officer's Signature:

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01514-22
Impound Date: 10/15/2022 Time: 00:43
Release Date: 01/12/2023 Time: 10:25

RE: Registration: KNT0963 State: PA Year: 2005
VIN: 2HKYF18725H519781 Blotter Number: FR-025227-22
Make: HONDA Case Number: FR-02969-22
Model: PILOT Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KNT0963 State: PA

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01532-22

Impound Date: 10/19/2022 Time: 09:28
Release Date: 01/12/2023 Time: 10:35

RE: Registration:
State: NY
Year: 2003
VIN: JN1DA31A63T419516
Blotter Number: FR-001111-23
Make: NISSAN
Case Number:
Model: MAXIMA
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01541-22

Impound Date: 10/20/2022 Time: 14:18
Release Date: 01/12/2023 Time: 10:45

RE: Registration: 69ac67 State: NY Year: 1997
VIN: 1b7gl23x3vs140694 Blotter Number: FR-001111-23
Make: dodge Case Number:
Model: dakota Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 69ac67 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop Towing

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: ____

Address of Person Claiming Vehicle: ____

Officer's Signature: ____

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01548-22

Impound Date: 10/21/2022 Time: 21:02
Release Date: 01/12/2023 Time: 10:52

RE: Registration: KSN1780 State: NY Year: 2006
VIN: 4T1BK36B26U133434 Blotter Number: FR-025873-22
Make: TOYOTA Case Number:
Model: AVALON Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KSN1780 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop towing

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01587-22

Impound Date: 10/27/2022 Time: 19:57
Release Date: 01/12/2023 Time: 10:58

RE: Registration: 89TV73
State: NY
Year: 2014
VIN: ZDM1RBSW7EB002917
Blotter Number: FR-026379-22
Make: DUCATI
Case Number:
Model: MOTORCYCLE
Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 89TV73
State: NY
Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop Towing

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01588-22

Impound Date: 10/27/2022 Time: 22:06
Release Date: 01/12/2023 Time: 11:07

RE: Registration: PG628P
VIN: JNKCP11A31T402048
Make: INFINITI
Model: G20

State: FL
Blotter Number: FR-026388-22
Case Number:
Color: BLU

Year: 2001

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: PG628P State: FL
Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop Towing

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01594-22

Impound Date: 10/30/2022 Time: 09:25
Release Date: 01/12/2023 Time: 11:12

RE: Registration: KRC2657 State: NY Year: 1998
VIN: 1yvgf22c5w5731139 Blotter Number: FR-026584-22
Make: MAZDA Case Number:
Model: 626 Color: TAN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KRC2657 State: NY

Proof of Ownership:

REMARKS

Vehicle authorized for release to Non Stop Towing

Authority (Desk Officer): EDWARD THOMPSON

Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ____________________

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01610-22

Impound Date: 11/01/2022 Time: 14:07
Release Date: 02/16/2023 Time: 07:59

RE: Registration: KHL6997
VIN: igkdt13w0y2312001
Make: GMC
Model: XXX

State: NY
Year: 2000
Blotter Number: FR-026780-22
Case Number:
Color: BLACK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KHL6997 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01624-22
Impound Date: 11/03/2022 Time: 09:39
Release Date: 02/16/2023 Time: 08:12

RE: Registration: KRN7540
State: NY
Year: 2013
VIN: 1LNHL9DK4DG615007
Blotter Number: FR-026947-22
Make: LINCOLN
Case Number:
Color: BLK
Model: MKS

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KRN7540
State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01637-22
Impound Date: 11/05/2022 Time: 11:49
Release Date: 02/16/2023 Time: 08:15

RE: Registration: KME4599
State: NY
Year: 2010
VIN: JHMZE2H73AS017322
Blotter Number: FR-027141-22
Case Number:
Make: HONDA
Color: BLK
Model: INSIGHT

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KME4599
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01646-22 Impound Date: 11/06/2022 Time: 12:58
Release Date: 02/16/2023 Time: 08:19

RE: Registration: kpf7002 State: NY Year: 2021
VIN: ja4apuauxmu031256 Blotter Number: FR-027230-22
Make: MITSUBISHI Case Number:
Model: OUTLANDER Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: kpf7002 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01652-22
Impound Date: 11/07/2022 Time: 08:32
Release Date: 02/16/2023 Time: 08:23

RE: Registration: KXN2373 State: NY Year: 2004
VIN: 2HNYD18224H530047 Blotter Number: FR-027277-22
Make: ACURA Case Number:
Model: MDX Color: BLACK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KXN2373 State: NY
Proof of Ownership:

REMARKS

Vehicle authorized for release to Non.Stop Towing by Sgt Berg

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]
Address of Person Claiming Vehicle: 99 maple Pl Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01665-22
Impound Date: 11/09/2022 Time: 12:12
Release Date: 05/24/2023 Time: 08:02

RE: Registration: JGL7745
State: NY
Year: 2001
VIN: 3GNFK16T61G237673
Blotter Number: FR-027477-22
Make: CHEVROLET
Case Number:
Model: SUBURBAN
Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JGL7745
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport Ny 11520

Officer's Signature:

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01669-22

Impound Date: 11/10/2022 Time: 08:14
Release Date: 03/23/2023 Time: 09:33

RE: Registration: KVY2735 State: NY Year: 2005
VIN: 3N1CB51D85L577099 Blotter Number: FR-007894-23
Make: NISSAN Case Number:
Model: SENTRA Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KVY2735 State: NY

Proof of Ownership:

REMARKS

5 VEHICLES AUTHORIZED TO BE RELEASED TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Shield No.: 20

Serial No.: 00756

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple PL. Freeport

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01677-22 | Impound Date: 11/10/2022 | Time: 18:35
Release Date: 05/24/2023 | Time: 08:34

RE: Registration: CRJ1155 | State: NY | Year: 2000
VIN: 3N1CB51D7YL302134 | Blotter Number: FR-027613-22
Make: NISSAN | Case Number:
Model: SENTRA | Color: TAN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: CRJ1155 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: [signature] Non Stop Tow

Address of Person Claiming Vehicle: 99 Maple PL
Freept NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01690-22 | Impound Date: 11/12/2022 | Time: 10:08
Release Date: 02/16/2023 | Time: 08:40

RE: Registration: ALG2153 | State: NY | Year: 2002
VIN: 1FDRE14WX2HB75241 | Blotter Number: FR-027739-22
Make: FORD | Case Number:
Model: ECONOLINE E15 | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: ALG2153 | State: NY

Proof of Ownership:

REMARKS

Vehicle Authorized For Release to Non Stop Towing by Sgt Berg

Authority (Desk Officer): EDWARD THOMPSON | Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01692-22
Impound Date: 11/12/2022 Time: 12:28
Release Date: 03/23/2023 Time: 09:21

RE: Registration: kgp4748 State: NY Year: 2008
VIN: wddgf81xx8f064925 Blotter Number: FR-027747-22
Make: MERCEDES-BENZ Case Number:
Model: 320 SERIES Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: kgp4748 State: NY
Proof of Ownership:

REMARKS
VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: [signature]
Address of Person Claiming Vehicle: 99 maple Pl Freeport

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01703-22 | Impound Date: 11/14/2022 | Time: 15:50
Release Date: 05/24/2023 | Time: 08:46

RE: Registration: LOONYTUN | State: NY | Year: 2004
VIN: JN8DR09Y04W922064 | Blotter Number: FR-027940-22
Make: NISSAN | Case Number:
Model: PATHFINDER | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: LOONYTUN | State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON | Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PC
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01706-22

Impound Date: 11/16/2022 Time: 08:22
Release Date: 03/23/2023 Time: 10:26

RE: Registration: KRU7173 State: NY Year: 2021
VIN: 5XXG14J29MG009108 Blotter Number: FR-027992-22
Case Number:
Make: KIA Color: WHI
Model:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KRU7173 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple PL

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01740-22

Impound Date: 11/20/2022 Time: 22:27
Release Date: 05/24/2023 Time: 08:39

RE: Registration: KJE7404
VIN: 1N6BA07B96N543109
Make: NISSAN
Model: TITAN

State: NY
Blotter Number: FR-028488-22
Case Number:
Color: WHI

Year: 2006

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KJE7404 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: Non Stop Tow

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01751-22
Impound Date: 11/24/2022 Time: 12:06
Release Date: 03/23/2023 Time: 10:10

RE: Registration: KTB4828 State: NY Year: 2007
VIN: WBAWL735X7PX48514 Blotter Number: FR-028796-22
Case Number:
Make: bmw Color: BLK
Model: 335

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KTB4828 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: R

Address of Person Claiming Vehicle: 99 maple Pl.

Officer's Signature:

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01778-22 Impound Date: 11/29/2022 Time: 15:08
Release Date: 03/23/2023 Time: 10:15

RE: Registration: 0E32K3 State: TN Year: 2014
VIN: 1C3CCBAB7EN123177 Blotter Number: FR-029187-22
Make: CHRYSLER Case Number:
Model: 200 Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 0E32K3 State: TN
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl. Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01798-22

Impound Date: 12/03/2022 Time: 00:53
Release Date: 03/23/2023 Time: 10:38

RE: Registration: State: NY Year: 2008
VIN: 3C6TRVAGXFE514392 Blotter Number: FR-029502-22
Case Number:
Make: BMW Color: BLK
Model: 328I

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY Serial No.: 00756

Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl. Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01830-22

Impound Date: 12/15/2022 Time: 11:22
Release Date: 03/23/2023 Time: 10:56

RE: Registration: KST2449
VIN: 3N1AB7AP1KY276816
Make: NISSAN
Model: SENTRA

State: NY
Blotter Number: FR-030457-22
Case Number:
Color: GRY

Year: 2019

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KST2449
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01832-22

Impound Date: 12/15/2022 Time: 14:07
Release Date: 03/23/2023 Time: 11:01

RE: Registration: KXM2886 State: NY Year: 2011
VIN: 5UXZV4C5XBL405628 Blotter Number: FR-030474-22
Make: BMW Case Number:
Model: X5 Color: BLACK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KXM2886 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Shield No.: 20
Serial No.: 00756

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: 99 maple Pl Freeport

Officer's Signature:

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01837-22 | Impound Date: 12/16/2022 Time: 13:38
Release Date: 02/21/2023 Time: 10:25

RE: Registration: KSM7335 | State: NY | Year: 2005
VIN: 1HGCM56475A114329 | Blotter Number: FR-030553-22
Case Number:
Make: HONDA | Color: GRY
Model: ACCORD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KSM7335 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY CHIEF HETZEL

Authority (Desk Officer): CARL HETZEL Serial No.: 38890
Shield No.:

Signature of Person Claiming Vehicle: X [signature]

Address of Person Claiming Vehicle: 99 Maple PL Freeport NY 11520

Officer's Signature: [signature] #190

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01837-22

Impound Date: 12/16/2022 Time: 13:38
Release Date: 02/21/2023 Time: 10:25

RE: Registration: KSM7335 State: NY Year: 2005
VIN: 1HGCM56475A114329 Blotter Number: FR-030553-22
Case Number:
Make: HONDA Color: GRY
Model: ACCORD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KSM7335 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP TOWING BY CHIEF HETZEL

Authority (Desk Officer): CARL HETZEL Serial No.: 38890
Shield No.:

Signature of Person Claiming Vehicle: X [signature]

Address of Person Claiming Vehicle: 99 maple PC
Freeport ny 11520

Officer's Signature: [signature] #190

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01853-22
Impound Date: 12/20/2022 Time: 16:27
Release Date: 03/23/2023 Time: 11:04

RE: Registration: NONE
State:
Year: 2008
VIN: WBACD3328WAV24576
Blotter Number: FR-030876-22
Case Number:
Make: BMW
Color: BLK.
Model: 535

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: NONE
State:

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Serial No.: 00756
Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl Freeport

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01856-22
Impound Date: 12/21/2022 Time: 16:44
Release Date: 03/23/2023 Time: 11:10

RE: Registration: RSB0478 State: GA Year: 2008
VIN: 3FAHP07Z28R123514 Blotter Number: FR-030958-22
Make: FORD Case Number:
Model: FUSION Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: RSB0478 State: GA

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Shield No.: 20 Serial No.: 00756

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01877-22

Impound Date: 12/31/2022 Time: 00:47
Release Date: 03/23/2023 Time: 11:18

RE: Registration: KMN4630 State: NY Year: 2008
VIN: KMHDU46D78U350684 Blotter Number: FR-007894-23
Make: HYUNDAI Case Number:
Model: ELANTRA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KMN4630 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY Serial No.: 00756

Shield No.: 20

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl Freeport

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01878-22

Impound Date: 12/30/2022 Time: 23:50
Release Date: 05/24/2023 Time: 09:56

RE: Registration: JST6105
State: PA
Year: 2003
VIN: 1HGCM56343A097008
Blotter Number: FR-031763-22
Case Number:
Make: HONDA
Color: GRY
Model: ACCORD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JST6105
State: PA

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01879-22 | Impound Date: 12/31/2022 | Time: 18:46
Release Date: 03/23/2023 | Time: 11:25

RE: Registration: | State: NY | Year: 2020
VIN: 2C3CDXBG4LH143882 | Blotter Number: FR-007894-23
Make: DODGE | Case Number:
Model: CHARGER (AND SH | Color:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): ROBERT SALISBURY
Shield No.: 20 | Serial No.: 00756

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Freeport

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00001-23 | Impound Date: 01/02/2023 | Time: 08:42
Release Date: 04/13/2023 | Time: 08:10

RE: Registration: | State: NY | Year: 2005
VIN: | Blotter Number: FR-000106-23
Make: HONDA | Case Number:
Model: CIVIC | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL | Serial No.: 26170
Shield No.:

Signature of Person Claiming Vehicle: X

Address of Person Claiming Vehicle: NON-Stop Towing
99 maple

Officer's Signature:

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00002-23 | Impound Date: 01/02/2023 | Time: 10:53
Release Date: 04/13/2023 | Time: 08:18

RE: Registration: JFL3119 | State: NY | Year: 2005
VIN: 4T1FA38P55U044257 | Blotter Number: FR-000115-23
Make: TOYOTA | Case Number:
Model: CAMRY | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JFL3119 | State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: | Serial No.: 26170

Signature of Person Claiming Vehicle: x [signature]

Address of Person Claiming Vehicle: NON-Stop Towing

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00010-23
Impound Date: 01/03/2023 Time: 14:55
Release Date: 05/24/2023 Time: 09:06

RE: Registration: B59KSV State: NJ Year: 2016
VIN: 1N4AL3AP4GC152399 Blotter Number: FR-000235-23
Make: NISSAN Case Number:
Model: ALTIMA Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: B59KSV State: NJ
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PC Freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00016-23 | Impound Date: 01/04/2023 | Time: 16:49
Release Date: 04/13/2023 | Time: 08:29

RE: Registration: KPE8512 State: PA Year: 2011
VIN: 2G1WD5EM1B1259118 Blotter Number: FR-000349-23
Make: CHEVROLET Case Number:
Model: IMPALA Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KPE8512 State: PA
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: x [signature]

Address of Person Claiming Vehicle: NON - Stop Towing
99 maple Pl

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00019-23 | Impound Date: 01/05/2023 | Time: 22:16
Release Date: 04/13/2023 | Time: 08:41

RE: Registration: | State: | Year: 2004
VIN: JTHFN48Y440057982 | Blotter Number: FR-000472-23
Make: LEXUS | Case Number:
Model: S43 | Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: NON Stop Towing
99 Maple Pl

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00040-23

Impound Date: 01/07/2023 Time: 16:11
Release Date: 04/13/2023 Time: 08:46

RE: Registration: LGBRNDON State: NY Year: 2009
VIN: 3VWJZ71K79M156725 Blotter Number: FR-000638-23
Make: VOLKSWAGEN Case Number:
Model: JETTA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: LGBRNDON State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: NON - Stop Towing

Officer's Signature:

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00068-23

Impound Date: 01/09/2023 Time: 21:14
Release Date: 04/13/2023 Time: 08:56

RE: Registration: N/A State: NY Year: 2008
VIN: 2G1WT58N989173654 Blotter Number: FR-000868-23
Make: CHEVROLET Case Number:
Model: IMPALA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: N/A State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00071-23 | Impound Date: 01/10/2023 | Time: 11:37
Release Date: 04/13/2023 | Time: 09:07

RE: Registration: lbc5164 | State: PA | Year: 2006
VIN: 1a4gp45r46b670814 | Blotter Number: FR-000910-23
Make: CHRYSLER | Case Number:
Model: TOWN AND COUNTR | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: lbc5164 State: PA
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00091-23

Impound Date: 01/12/2023 Time: 09:32
Release Date: 04/13/2023 Time: 09:14

RE: Registration: T8442357 State: NY Year: 2001
VIN: 4T1BF22K01U13134 Blotter Number: FR-001110-23
Make: TOYOTA Case Number:
Model: CAMRY Color: TAN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: T8442357 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.:

Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00114-23
Impound Date: 01/14/2023 Time: 15:16
Release Date: 04/13/2023 Time: 09:23

RE: Registration: FER7181
State: NY
Year: 2002
VIN: 1LNHM97V42Y689358
Blotter Number: FR-001355-23
Make: LINCOLN
Case Number:
Model: CONTINENTAL
Color: GOLD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: FER7181 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.:
Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00115-23 | Impound Date: 01/15/2023 Time: 00:16
Release Date: 04/13/2023 Time: 09:32

RE: Registration: S1381864 State: GA Year: 2011
VIN: 2HGFG1B64BH508405 Blotter Number: FR-001395-23
Make: HONDA Case Number:
Model: CIVIC, CIVIC D Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: S1381864 State: GA
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00125-23

Impound Date: 01/16/2023 Time: 09:20
Release Date: 04/13/2023 Time: 09:38

RE: Registration: KXH2118 State: NY Year: 2003
VIN: 5LMFU28R03LJ37447 Blotter Number: FR-001470-23
Make: LINCOLN Case Number:
Model: NAVIGATOR Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KXH2118 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL Serial No.: 26170
Shield No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00144-23

Impound Date: 01/19/2023 Time: 06:58
Release Date: 04/13/2023 Time: 09:41

RE: Registration: 213670B State: ME Year: 1994
VIN: 1V9UV3636RE064241 Blotter Number: FR-001791-23
Make: VITL Case Number:
Model: UNK Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 213670B State: ME
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00181-23 | Impound Date: 01/23/2023 Time: 19:59
Release Date: 04/13/2023 Time: 09:46

RE: Registration: BG15628 | State: CT | Year: 2008
VIN: WBANU53598C113189 | Blotter Number: FR-002225-23
Make: BMW | Case Number: FR-00231-23
Model: 528I | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: BG15628 State: CT
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00221-23

Impound Date: 01/27/2023 Time: 23:16
Release Date: 04/13/2023 Time: 09:58

RE: Registration: KWJ7707 State: NY Year: 2008
VIN: 1FMCU02Z18KA54948 Blotter Number: FR-002676-23
Make: FORD Case Number:
Model: ESCAPE Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KWJ7707 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00227-23

Impound Date: 01/28/2023 Time: 16:27
Release Date: 05/24/2023 Time: 09:01

RE: Registration: S1416050
VIN: 3ALACWDT8GDHL6857
Make: FREIGHTLINER
Model:

State: GA
Year: 2016
Blotter Number: FR-002732-23
Case Number:
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: S1416050 State: GA

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: X [signature]

Address of Person Claiming Vehicle: X 99 ~~Non Stop~~ Maple PL
Frep NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00246-23
Impound Date: 01/31/2023 Time: 22:34
Release Date: 04/13/2023 Time: 10:03

RE: Registration: 1HGCR2F52DA159086 State: NY Year: 2013
VIN: 1HGCR2F52DA159086 Blotter Number: FR-003047-23
Make: HONDA Case Number:
Model: ACCORD Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 1HGCR2F52DA159086 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL Serial No.: 26170
Shield No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00250-23 | Impound Date: 02/01/2023 | Time: 10:12
Release Date: 04/13/2023 | Time: 10:10

RE: Registration: Y3STRDAY | State: NY | Year: 2005
VIN: 1FMCU93155KB36643 | Blotter Number: FR-003094-23
Case Number:
Make: FORD | Color: GRY
Model: ESCAPE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: Y3STRDAY | State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL | Serial No.: 26170
Shield No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: ____________________

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00265-23 | Impound Date: 02/02/2023 Time: 08:35
Release Date: 04/13/2023 Time: 10:18

RE: Registration: KYM7528 | State: NY | Year: 2000
VIN: 1GBDM19W4YB110458 | Blotter Number: FR-003197-23
Make: CHEVROLET | Case Number:
Model: ASTROVAN | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KYM7528 State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): KEVIN EDELL
Shield No.:
Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00286-23

Impound Date: 02/05/2023 Time: 09:12
Release Date: 05/24/2023 Time: 09:10

RE: Registration: 94211NB State: NY Year: 2010
VIN: 1FTKR1EDXAPA74390 Blotter Number: FR-003495-23
Make: FORD Case Number:
Model: RANGER Color: WHITE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 94211NB State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

**FREEPORT POLICE DEPARTMENT**
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00316-23 | Impound Date: 02/08/2023 | Time: 17:34
Release Date: 05/24/2023 | Time: 09:20

RE: Registration: | State: NY | Year:
VIN: jskdf43e642102188 | Blotter Number: FR-003839-23
Make: KAWASAKI | Case Number:
Model: MOTORCYCLE | Color: GRN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State: NY
Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A | Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00317-23

Impound Date: 02/09/2023 Time: 07:44
Release Date: 05/24/2023 Time: 09:29

RE: Registration: JEP3507
State: NY
Year: 2005
VIN: 4T1BE32K35U021897
Blotter Number: FR-003890-23
Make: TOYOTA
Case Number:
Model: CAMRY
Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JEP3507
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00364-23

Impound Date: 02/14/2023 Time: 11:16
Release Date: 05/24/2023 Time: 09:37

RE: Registration: State: MA Year: 2008
VIN: WBAEA53548CV91786 Blotter Number: FR-004408-23
Case Number:
Make: BMW Color: BLK
Model:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State: MA

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Rd
Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00379-23
Impound Date: 02/16/2023 Time: 08:00
Release Date: 05/24/2023 Time: 09:46

RE: Registration: ktp4344 State: NY Year: 6
VIN: jm1cr29l260117177 Blotter Number: FR-004626-23
Make: mazda Case Number:
Model: mz5 Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: ktp4344 State: NY
Proof of Ownership:

REMARKS
VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: ✓ [signature]

Address of Person Claiming Vehicle: ✓ 99 maple PL
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00412-23

Impound Date: 02/20/2023 Time: 08:48
Release Date: 05/24/2023 Time: 09:52

RE: Registration: 40868NC State: NY Year: 2005
VIN: 1FTNE24W55HA49866 Blotter Number: FR-005016-23
Make: FORD Case Number:
Model: ECONOLINE E250 Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: 40868NC State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00418-23
Impound Date: 02/20/2023 Time: 13:16
Release Date: 05/24/2023 Time: 10:00

RE: Registration: HXB2188
State: NY
Year: 2011
VIN: 5J8TB1H28BA002399
Blotter Number: FR-005043-23
Make: ACURA
Case Number:
Model: RDX
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: HXB2188
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A
Serial No.: 82330

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00432-23

Impound Date: 02/22/2023 Time: 09:04
Release Date: 02/22/2023 Time: 11:00

RE: Registration: R564460 State: TX Year: 2006
VIN: 5KJJABAV86PW30827 Blotter Number: FR-005206-23
Make: WESTERN STAR Case Number:
Model: Color: ONG

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership: REGISTRATION

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00432-23
Impound Date: 02/22/2023 Time: 09:04
Release Date: 02/22/2023 Time: 11:00

RE: Registration: R564460
State: TX
Year: 2006
VIN: 5KJJABAV86PW30827
Blotter Number: FR-005206-23
Make: WESTERN STAR
Case Number:
Model:
Color: ONG

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership: REGISTRATION

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: x 9 C [handwritten] Freeport NY

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00447-23

Impound Date: 02/24/2023 Time: 15:38
Release Date: 05/24/2023 Time: 10:25

RE: Registration: NO PLATES
State: NY
Year: 1993
VIN: 1FTFE24H2PHA92361
Blotter Number: FR-005403-23
Case Number:
Make: FORD
Color: RED
Model: ECONOLINE E250

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: NO PLATES
State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL Freeport NY

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00454-23

Impound Date: 02/25/2023 Time: 10:30
Release Date: 05/24/2023 Time: 10:28

RE: Registration: S11451980 State: GA Year: 2008
VIN: 1HGFA16598L051590 Blotter Number: FR-005456-23
Make: HONDA Case Number:
Model: CIVIC Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: S11451980 State: GA

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON
Serial No.: 82330
Shield No.: N/A

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple PL
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00463-23 | Impound Date: 02/26/2023 Time: 09:11
Release Date: 05/24/2023 Time: 10:33

RE: Registration: KJB5583 | State: NY | Year: 2008
VIN: 1G6DP57V080115885 | Blotter Number: FR-005529-23
Make: CADILLAC | Case Number:
Model: CTS | Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: KJB5583 State: NY

Proof of Ownership:

REMARKS:

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: 99 Maple Pl Freeport NY

Officer's Signature: ____________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00467-23

Impound Date: 02/26/2023 Time: 11:54
Release Date: 05/24/2023 Time: 10:34

RE: Registration: JJY6508 State: NY Year: 2021
VIN: 2T3P1RFV3MW149703 Blotter Number: FR-006541-23
Make: TOYOTA Case Number:
Model: RAV4 Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JJY6508 State: NY

Proof of Ownership:

REMARKS

VEHICLE AUTHORIZED FOR RELEASE TO NON STOP BY SGT BERG

Authority (Desk Officer): EDWARD THOMPSON Serial No.: 82330

Shield No.: N/A

Signature of Person Claiming Vehicle: x [signature]

Address of Person Claiming Vehicle: x 99 Maple PC
Freeport NY

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00493-23

Impound Date: 03/01/2023 Time: 14:10
Release Date: 07/05/2023 Time: 15:00

RE: Registration: HCJ1935
State: NY
Year: 2008
VIN: 1G1ZS58N28F121175
Blotter Number: FR-005839-23
Case Number:
Make: CHEVROLET
Color: WHI
Model:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

VEHICLE TO BE RELEASED TO NONSTOP TOWING.

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

**FREEPORT POLICE DEPARTMENT**
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00528-23
Impound Date: 03/05/2023 Time: 07:52
Release Date: 07/05/2023 Time: 15:00

RE: Registration: KGK5652
VIN: JM3LW28J940530470
Make: MAZDA
Model: MPV
State: NY
Year: 2004
Blotter Number: FR-006177-23
Case Number:
Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Sgt Tim Ortiz #10

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

**FREEPORT POLICE DEPARTMENT**
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00542-23
Impound Date: 03/06/2023 Time: 10:48
Release Date: 07/05/2023 Time: 16:00

RE: Registration: State: NY Year: 2001
VIN: 3B7HF13Y21G173461 Blotter Number: FR-006282-23
Make: DODGE Case Number:
Model: RAM 1500 Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Authority (Desk Officer): Sgt [signature] #70 Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00564-23

Impound Date: 03/09/2023 Time: 17:05
Release Date: 07/05/2023 Time: 15:00

RE: Registration: State: NY Year: 2003
VIN: 1FDXE45S43HB71823 Blotter Number: FR-006651-23
Make: FORD Case Number:
Model: E-450 Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NONSTOP

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________

Officer's Signature: ______________________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00569-23 | Impound Date: 03/10/2023 | Time: 16:03
Release Date: 07/05/2023 | Time: 15:30

RE: Registration: KPU9791 | State: NY | Year: 2007
VIN: JA4MS31X27U008543 | Blotter Number: FR-006751-23
Make: MITSUBISHI | Case Number:
Model: OUTLANDER | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:

Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Sgt. [signature] #10

Authority (Desk Officer): TIMOTHY ORTIZ | Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ____________

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00636-23

Impound Date: 03/22/2023 Time: 10:12
Release Date: 07/05/2023 Time: 15:30

RE: Registration: KWJ4522 State: NY Year: 2001
VIN: 3C8FY4BB41T695904 Blotter Number: FR-007771-23
Make: CHRYSLER Case Number:
Model: PT CRUISER Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NONSTOP TOWING

Authority (Desk Officer): TIMOTHY ORTIZ Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: __________

Address of Person Claiming Vehicle: __________

Officer's Signature: __________

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00640-23

Impound Date: 03/22/2023 Time: 13:07
Release Date: 07/05/2023 Time: 15:30

RE: Registration: S1442958
VIN: JM1BL1M84C1646842
Make: MAZDA
Model: MZ3

State: GA
Year: 2012
Blotter Number: FR-007800-23
Case Number:
Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP

Sgt Tony O. #10

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00648-23

Impound Date: 03/22/2023 Time: 20:36
Release Date: 07/05/2023 Time: 15:45

RE: Registration: KYN3091 State: NY Year: 2008
VIN: 5NPET46F88H329317 Blotter Number: FR-007844-23
Case Number:
Make: HYUNDAI Color: WHI
Model: SONATA

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Sgt Timothy Ortiz #10

Authority (Desk Officer): TIMOTHY ORTIZ Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ______

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00678-23

Impound Date: 03/26/2023 Time: 22:24
Release Date: 07/05/2023 Time: 15:45

RE: Registration: KNL8959
VIN: 3VWRZ71K79M126904
Make: VOLKSWAGEN
Model: JETTA

State: NY
Year: 2009
Blotter Number: FR-008252-23
Case Number: FR-03805-22
Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Sgt Tmy Ortiz #10

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION.

Impound Number: FR-00695-23

Impound Date: 03/28/2023 Time: 14:40
Release Date: 07/05/2023 Time: 16:00

RE: Registration: KVM7298 State: NY Year: 2007
VIN: 4T1FA38P27U119600 Blotter Number: FR-008397-23
Make: TOYOTA Case Number:
Model: SOLARA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Sgt Timy Ortiz #10

Authority (Desk Officer): TIMOTHY ORTIZ Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00702-23 | Impound Date: 03/30/2023 | Time: 14:50
Release Date: 07/05/2023 | Time: 16:00

RE: Registration: Jbz3104 | State: NY | Year: 2013
VIN: 5npeb4ac9dh669957 | Blotter Number: FR-008600-23
Make: HYUNDAI | Case Number:
Model: SONATA | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:

Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00707-23
Impound Date: 04/01/2023 Time: 11:00
Release Date: 07/05/2023 Time: 16:30

RE: Registration: KMR6827
State: NY
Year: 1992
VIN: 1HGCB7650NA138532
Blotter Number: FR-008766-23
Case Number:
Make: HONDA
Color: GRN
Model: ACCORD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

VEHICLE RELEASED TO NON STOP TOWING

Lt Ortiz #10

Authority (Desk Officer): TIMOTHY ORTIZ
Serial No.: 63380
Shield No.: 10

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00708-23

Impound Date: 04/02/2023 Time: 07:16

Release Date: 10/06/2023 Time:

RE: Registration: State: NY Year: 2006

VIN: 5TDZA23C86S469493 Blotter Number: FR-008833-23

Case Number:

Make: TOYOTA

Model: SIENNA Color: GRY

TO: NON STOP TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE AV

FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASE TO NONSTOP

Authority (Desk Officer): VINCENT KENNEDY

Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl.

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00715-23
Impound Date: 04/05/2023 Time: 13:46
Release Date: 10/06/2023 Time:

RE: Registration: KSN3099
State: NY
Year: 2005
VIN: 1N4BL11E95N425474
Blotter Number: FR-009147-23
Make: NISSAN
Case Number:
Model: ALTIMA
Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASE TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Serial No.: 00511
Shield No.: 12

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport

Officer's Signature: Sgt. [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00764-23

Impound Date: 04/15/2023 Time: 08:39
Release Date: 07/05/2023 Time: 16:30

RE: Registration: KXG3029
State: NY
Year: 2006
VIN: 5GZCZ53486S891357
Blotter Number: FR-009969-23
Make: SUBARU
Case Number:
Model: VUE
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

#10

Authority (Desk Officer): TIMOTHY ORTIZ
Shield No.: 10
Serial No.: 63380

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00827-23

Impound Date: 04/22/2023 Time: 00:09
Release Date: 01/03/2024 Time:

RE: Registration: KYS8112 State: NY Year: 2011
VIN: 5UXWX5C54BL714367 Blotter Number: FR-010640-23
Make: BMW Case Number:
Model: X3 Color: BLACK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 2?5 Fireroad Dr
Bay Shore NY 117?6

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00837-23 Impound Date: Time:
Release Date: 07/05/2023 Time: 16:30

RE: Registration: SU0303Q State: SC Year: 2008
VIN: 5VGFW53388L002036 Blotter Number: FR-011166-23
Make: KAUFMAN Case Number:
Model: TRAILER Color:

TO:
Address:

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING &, RECOVERY
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer): TIMOTHY ORTIZ Sgt Timothy Ortiz #10
Shield No.: 10 Serial No.: 63380

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________
______________________

Officer's Signature: ______________________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00895-23

Impound Date: 05/02/2023 Time: 09:18

Release Date: 10/06/2023 Time:

RE: Registration: DLY68

State: NJ

Year: 2014

VIN: SALWR2WF6EA500326

Blotter Number: FR-011605-23

Make: LAND ROVER

Case Number:

Model: RANGE ROVER

Color: WHI

TO: NON STOP TOWING

Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:

State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY

Shield No.: 12

Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl
Freeport

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00900-23

Impound Date: 05/02/2023 Time: 11:37
Release Date: 10/06/2023 Time:

RE: Registration: KXS1409 State: NY Year: 2022
VIN: 5XYRK4LF7NG130240 Blotter Number: FR-011629-23
Make: KIA Case Number:
Model: SORENTO Color: WHITE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASE TO NON STOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: ______________

Address of Person Claiming Vehicle: ______________

Officer's Signature: ______________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00929-23

Impound Date: 05/04/2023 Time: 15:44

Release Date: 01/03/2024 Time:

---

RE: Registration: KJF1975 State: NY Year: 2011

VIN: WBAKB4C51BC574235 Blotter Number: FR-011878-23

Make: BWM Case Number:

Model: 740 Color: WHI

---

TO: NON STOP TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 10 Fircroadde
Bay Shore NY 11706

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00937-23

Impound Date: 05/06/2023 Time: 13:54
Release Date: 10/06/2023 Time:

RE: Registration: JSD5947
State: NY
Year: 2017
VIN: 5N1AZ2MH0HN140386
Blotter Number: FR-012031-23
Make: NISSAN
Case Number:
Model: MURANO
Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12
Serial No.: 00511

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl
Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00954-23 | Impound Date: 05/08/2023 | Time: 08:42
Release Date: 10/06/2023 | Time:

RE: Registration: KPM2194 | State: NY | Year: 2005
VIN: 1GKDT13S652388959 | Blotter Number: FR-012200-23
Make: GMC | Case Number:
Model: ENVOY | Color: GRAY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: [signature]
Address of Person Claiming Vehicle: 99 Maple Pl
Freeport

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00970-23

Impound Date: 05/09/2023 Time: 11:04
Release Date: 10/06/2023 Time:

RE: Registration: hkn3203 State: NY Year: 2007
VIN: 1J4GL48K17W519501 Blotter Number: FR-012328-23
Make: JEEP Case Number:
Model: LIBERTY Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

Officer's Signature: ____________________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01022-23
Impound Date: 05/16/2023 Time: 09:31
Release Date: 10/06/2023 Time:

---

RE: Registration: LE3270H
State: GA
Year: 2012
VIN: 3H3V532C0CT087005
Blotter Number: FR-013044-23
Make: HYUNDAI
Case Number:
Model:
Color: WHI

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12
Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl
Freeport

---

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01024-23

Impound Date: 05/16/2023 Time: 13:29
Release Date: 01/03/2024 Time:

RE: Registration: HWY5272
VIN: 5UXZV4C5XBL403362
Make: BMW
Model: X5

State: NY
Blotter Number: FR-013080-23
Case Number:
Color: BLK

Year: 2011

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11
Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad ct
Bay Shore NY 11706

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01069-23

Impound Date: 05/23/2023 Time: 13:27
Release Date: 10/06/2023 Time:

RE: Registration: KNN2025 State: NY Year: 2012
VIN: 1C4NJRBB3CD608579 Blotter Number: FR-013734-23
Make: JEEP Case Number:
Model: PATRIOT Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________

Officer's Signature: ______________________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01107-23

Impound Date: 05/29/2023 Time: 15:22
Release Date: 09/08/2023 Time: 15:00

RE: Registration: State: Year: 2007

VIN: 9C2ME09057R004633
Blotter Number: FR-014352-23
Make: HONDA
Case Number:
Model: CRF 230F
Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer): EDWARD THOMPSON
Shield No.: N/A Serial No.: 82330

Signature of Person Claiming Vehicle: R [signature]

Address of Person Claiming Vehicle: 99 Maple

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01119-23 | Impound Date: 05/30/2023 | Time: 14:59
Release Date: 10/06/2023 | Time:

RE: Registration: KVX2586 | State: NY | Year: 2012
VIN: 4T1BK3DB2CU458891 | Blotter Number: FR-014466-23
Make: TOYOTA | Case Number:
Model: AVALON | Color: BLACK/GOLD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01122-23 | Impound Date: 05/30/2023 | Time: 19:58
Release Date: 01/03/2024 | Time:

RE: Registration: PH799M | State: NY | Year: 2012
VIN: WDDGF4HB3CA718270 | Blotter Number: FR-014495-23
Make: MERCEDES-BENZ | Case Number:
Model: 350 SERIES | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:

Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 | Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad dr
Bay Shore NY 11706

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01141-23 | Impound Date: 05/31/2023 | Time: 17:41
Release Date: 09/08/2023 | Time:

RE: Registration: | State: NY | Year: 2004
VIN: 1GCDT196748146036 | Blotter Number: FR-014592-23
Make: CHEVROLET | Case Number:
Model: COLORADO | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL,
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer):
Shield No.: | Serial No.: 82330

Signature of Person Claiming Vehicle: R. Sylt

Address of Person Claiming Vehicle: 99 maple Pl
Freeport N.Y 11520

Officer's Signature:

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01178-23 Impound Date: 06/05/2023 Time: 12:23
Release Date: 09/08/2023 Time: 15:00

RE: Registration: JMW3773 State: NY Year: 2016
VIN: KMHDH4AE0GU544931 Blotter Number: FR-015071-23
Make: HYUNDAI Case Number:
Model: ELANTRA Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: JMW3773 State: NY
Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer):
Shield No.: Serial No.: 82330

Signature of Person Claiming Vehicle: R. [signature]
Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01191-23 | Impound Date: 06/08/2023 | Time: 01:14
Release Date: 01/03/2024 | Time:

RE: Registration: HWF9543 | State: NY | Year: 2015
VIN: 2T3DFREV9FW359537 | Blotter Number: FR-015308-23
Make: TOYOTA | Case Number:
Model: RAV4 | Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Firewood dr
Bayshore NY 11706

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01198-23

Impound Date: 06/08/2023 Time: 12:05
Release Date: 10/06/2023 Time:

RE: Registration: State: NY Year: 2017

VIN: 3FA6P0H98HR264397 Blotter Number: FR-015337-23
Make: FORD Case Number: FR-01621-23
Model: FUSION Color: TAN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: R. [signature]
Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01200-23

Impound Date: 06/08/2023 Time: 14:07
Release Date: 01/03/2024 Time:

RE: Registration: KVN1452 State: NY Year: 2007
VIN: JNKAY01F67M450320 Blotter Number: FR-015351-23
Make: INFINITI Case Number:
Model: M35x Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: 20 Fireroad dr
Bayshore, NY 11706

Officer's Signature:

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01254-23 | Impound Date: 06/19/2023 | Time: 10:24
Release Date: 09/08/2023 | Time: 15:00

RE: Registration: NO PLATE | State: NY | Year: 2019
VIN: L6JYGJL3XLC102364 | Blotter Number: FR-016459-23
Make: SSR | Case Number: FR-01731-23
Model: ATV | Color: ONG

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NON STOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer):
Shield No.: Serial No.: 82830

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl. Freeport

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01260-23

Impound Date: 06/20/2023 Time: 11:59
Release Date: 01/03/2024 Time:

RE: Registration: N/A
State: NY
Year: 2004
VIN: 2HNYD18674H549485
Blotter Number: FR-016554-23
Make: ACURA
Case Number:
Model: MDX
Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11
Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad dr
Bay Shore NY 11706

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01312-23 | Impound Date: 06/27/2023 | Time: 10:18
Release Date: 10/06/2023 | Time:

RE: Registration: P279771 | State: IN | Year: 2011
VIN: 1JJV532D6CL659525 | Blotter Number: FR-017308-23
Make: WABASH | Case Number:
Model: 53' TRAILER | Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: ____________________

Address of Person Claiming Vehicle: ____________________

____________________

Officer's Signature: ____________________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01334-23

Impound Date: 06/29/2023 Time: 11:26
Release Date: 10/06/2023 Time:

RE: Registration: 11397NA State: NY Year: 2012
VIN: 1N6BF0KM2CN104338 Blotter Number: FR-017534-23
Make: NISSAN Case Number:
Model: NV1500 Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01335-23
Impound Date: 07/17/2023 Time: 14:22
Release Date: 10/06/2023 Time:

RE: Registration: knz6447
State: NY
Year: 2009
VIN: 1FTNE24W99DA29312
Blotter Number: FR-019507-23
Make: FORD
Case Number:
Model: ECONOLINE E250
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12
Serial No.: 00511

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle: 99 maple AV

Officer's Signature:

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01338-23

Impound Date: 06/29/2023 Time: 15:33
Release Date: 02/15/2024 Time:

RE: Registration: KRJ8285 State: NY Year: 2010
VIN: WBANV9C52AC139420 Blotter Number: FR-004422-24
Make: BMW Case Number:
Model: 535 SERIES Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP.

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01379-23

Impound Date: 07/06/2023 Time: 08:13
Release Date: 01/03/2024 Time:

RE: Registration: LAN4895
VIN: 2HGFC4B64KH304331
Make: HONDA
Model: CIVIC, CIVIC D

State: NY
Blotter Number: FR-018317-23
Case Number:
Color: GRY

Year: 2019.

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:

State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11

Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad dr
BayShore NY 11706

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01380-23 Impound Date: 07/06/2023 Time: 08:52

Release Date: 10/06/2023 Time:

RE: Registration: HPZ5661 State: NY Year: 2009

VIN: 2HGFA16559H527607 Blotter Number: FR-018322-23

Make: HONDA Case Number:

Model: CIVIC Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl
Freeport

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01386-23

Impound Date: 07/06/2023 Time: 17:21
Release Date: 10/06/2023 Time:

RE: Registration: 154AG5
VIN: LXAPDZ059JX000071
Make: QIPAI
Model: MOTORCYCLE

State: NY
Blotter Number: FR-018374-23
Case Number:
Color: BLK

Year: 2018

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12
Serial No.: 00511

Signature of Person Claiming Vehicle: ______________

Address of Person Claiming Vehicle: ______________

Officer's Signature: ______________

**FREEPORT POLICE DEPARTMENT**
**MOTOR VEHICLE IMPOUND WORKSHEET** L P R

| DATE AND TIME OF IMPOUND | IS VEHICLE OPERABLE? | KEYS WITH VEHICLE? | IMPOUND NO. |
|---|---|---|---|
| 7/10/23 1030 | ☒ YES ☐ NO | ☒ YES ☐ NO | 1408-23 |

| CASE REPORT NO. | D.D. NO. | ARREST NO. | ACCIDENT NO. | BLOTTER NO. |
|---|---|---|---|---|
| | | | | 18720-23 |

LOCATION VEHICLE IMPOUNDED FROM: 35 E Sunrise Hwy Freeport

| LICENSE PLATE NO. | STATE | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | VEHICLE STYLE |
|---|---|---|---|---|---|
| KZT3088 | NY | 14 | Nissan | Alt | 4DSD |

| VEHICLE COLOR | V.I.N. | ODOMETER READING |
|---|---|---|
| GT | 1N4AL3AP0EC411629 | 180367 |

| OWNER'S NAME | ADDRESS | TOWN/VILLAGE | STATE | ZIP CODE |
|---|---|---|---|---|
| Cucuta Collazo, [illegible] | 204 96th St | Lindenhurst | NY | 11757 |

| OPERATOR'S NAME | ADDRESS | TOWN/VILLAGE | STATE | ZIP CODE |
|---|---|---|---|---|
| Same | | | | |

INVENTORY OF EQUIPMENT AND MISCELLANEOUS ITEMS IMPOUNDED WITH VEHICLE

| | | | | | |
|---|---|---|---|---|---|
| RADIO | ☐ YES | ☐ NO | JACK | ☐ YES | ☐ NO |
| C.D. PLAYER | ☐ YES | ☐ NO | CAR PHONE | ☐ YES | ☐ NO |
| SPARE TIRE | ☐ YES | ☐ NO | HUB CAP(S) | ☐ YES | ☐ NO |

MISCELLANEOUS (LIST)

VEHICLE DAMAGE




NO DAMAGE ☐

HOLD ON VEHICLE ☐ YES ☒ NO

WHO AUTHORIZED HOLD AND REASON

VEHICLE IMPOUNDED TO: Northport Towing

REASON FOR IMPOUND / REMARKS: Susp Reg / No Ins

INTERIOR DAMAGE (SPECIFY)

| | | | | | |
|---|---|---|---|---|---|
| PLATES REMOVED FROM VEHICLE | ☒ YES | ☐ NO | VEHICLE STRIPPED | ☐ YES | ☒ NO |
| PLATES RETURNED TO DMV | ☒ YES | ☐ NO | VEHICLE STOLEN | ☐ YES | ☒ NO |
| DMV CONFISCATION FORM COMPLETED | ☒ YES | ☐ NO | ALARM # ______ | DATE __/__/__ | TIME ____ |

ITEMS REMOVED FROM VEHICLE TO STATION HOUSE

| SIGNATURE TOW TRUCK OPERATOR | DATE | |
|---|---|---|
| [signature] PC | 7/10/23 | |
| **OFFICER IMPOUNDING VEHICLE** | **SERIAL NUMBER** | **SHIELD #** |
| [signature] | 328 | 163 |
| **DESK OFFICER NAME** | **SERIAL NUMBER** | **SHIELD #** |
| [signature] | 82330 | |

FPD-5/97

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01408-23

Impound Date: Time:
Release Date: 10/06/2023 Time:

RE: Registration: KZT3088 State: NY Year: 2014
VIN: 1N4AL3AP2EC411629 Blotter Number: FR-018720-23
Make: NISSAN Case Number:
Model: ALTIMA Color: GRY

TO:
Address:

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12
Serial No.: 00511

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl
Free Port

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01438-23 | Impound Date: 07/13/2023 | Time: 11:34
Release Date: 01/03/2024 | Time:

---

RE: Registration: HKL5198 | State: NY | Year: 2004
VIN: WDBTK65G14T025301 | Blotter Number: FR-019055-23
Make: MERCEDES BENZ | Case Number:
Model: 320 SERIES | Color: WHITE

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad dr
Bayshore NY 11706

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01444-23
Impound Date: 07/13/2023 Time: 15:29
Release Date: 02/05/2024 Time:

RE: Registration: 22347ND
State: NY
Year: 2019
VIN: 3C7WRTCL6KG692399
Blotter Number: FR-019082-23
Make: RAM
Case Number:
Model: 350
Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP TOWING,
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11
Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01445-23 | Impound Date: 07/13/2023 | Time: 15:29
Release Date: 02/05/2024 | Time:

RE: Registration: S1295940 | State: NY | Year: 2021
VIN: 5VGFW5027ML000770 | Blotter Number: FR-019082-23
Make: KAUF | Case Number:
Model: TRAILER | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ______________________

Address of Person Claiming Vehicle: ______________________

______________________

Officer's Signature: ______________________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01446-23 | Impound Date: 07/13/2023 | Time: 16:25
Release Date: 10/06/2023 | Time:

RE: Registration: KYS6918 | State: NY | Year: 1996
VIN: 1NXBB02E6TZ2421919 | Blotter Number: FR-019090-23
Make: TOYOTA | Case Number:
Model: COROLLA | Color: BLUE

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: R. Singh

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature:

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01450-23 | Impound Date: 07/14/2023 | Time: 07:24
Release Date: 10/06/2023 | Time:

RE: Registration: | State: NY | Year: 2004
VIN: 1HGCM56714A074001 | Blotter Number: FR-019149-23
Make: HONDA | Case Number:
Model: ACCORD | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 maple Pl

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01457-23 | Impound Date: 07/14/2023 | Time: 17:35
Release Date: 01/03/2024 | Time:

RE: Registration: KZX8030 | State: NY | Year: 2007
VIN: WDBRF92HX7F921192 | Blotter Number: FR-019212-23
Make: MERCEDES-BENZ | Case Number:
Model: 280 SERIES | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NON STOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01464-23

Impound Date: 07/17/2023 Time: 13:23

Release Date: 10/06/2023 Time:

---

RE: Registration: hfg6321 State: NY Year: 2003

VIN: 4T1BF28B83U321429 Blotter Number: FR-019477-23

Make: TOYOTA Case Number:

Model: AVALON Color: GRY

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): VINCENT KENNEDY
Shield No.: 12 Serial No.: 00511

Signature of Person Claiming Vehicle: R. [signature]

Address of Person Claiming Vehicle: 99 maple Pl.

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01482-23
Impound Date: 07/19/2023 Time: 18:15
Release Date: 02/05/2024 Time:

RE: Registration: MNFB05
State: FL
Year: 2015
VIN: 1HD4NAA15FC502377
Blotter Number: FR-019718-23
Make: HARLEY-DAVIDSON
Case Number: FR-02077-23
Model: STREET 500
Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.:
State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Serial No.: 32050
Shield No.: 11

Signature of Person Claiming Vehicle:

Address of Person Claiming Vehicle:

Officer's Signature:

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01490-23
Impound Date: 07/20/2023 Time: 10:03
Release Date: 02/15/2024 Time:

RE: Registration: KWX2868 State: NY Year: 2010
VIN: 1B3CB5HA5AD584540 Blotter Number: FR-004422-24
Make: DODGE Case Number:
Model: CALIBER Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01502-23

Impound Date: 07/20/2023 Time: 18:03
Release Date: 02/15/2024 Time:

RE: Registration: State: NY Year: 2019
VIN: JYADG21E6KA011886 Blotter Number: FR-004422-24
Make: YAMAHA Case Number: FR-02089-23
Model: CHAPPY Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01507-23 | Impound Date: 07/21/2023 | Time: 15:32
Release Date: 02/15/2024 | Time:

RE: Registration: | State: NY | Year: 2021
VIN: l5yacbpz4m1115396 | Blotter Number: FR-004422-24
Make: zhng | Case Number:
Model: rx-50 | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: | Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01513-23

Impound Date: 07/24/2023 Time: 09:28
Release Date: 01/03/2024 Time:

RE: Registration: LAR4712 State: NY Year: 2019
VIN: 3N1AB7AP5KY416866 Blotter Number: FR-020206-23
Make: NISSAN Case Number:
Model: SENTRA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 20 Fireroad cle
Bay Shore NY 11706

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01607-23

Impound Date: 08/05/2023 Time: 20:38

Release Date: 02/05/2024 Time:

RE: Registration: State: NY Year: 2002

VIN: JH2AF60002K003632 Blotter Number: FR-021551-23

Make: HONDA Case Number:

Model: CYL Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASE TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ______________________

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01624-23

Impound Date: 08/07/2023 Time: 10:46
Release Date: 02/15/2024 Time:

RE: Registration: State: NY Year: 2001
VIN: 1HGEM22511L100382 Blotter Number: FR-004422-24
Make: HONDA Case Number:
Model: CIVIC, CIVIC D Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): KEVIN EDELL
Shield No.: Serial No.: 26170

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01639-23

Impound Date: 08/08/2023 Time: 12:48
Release Date: 05/14/2024 Time: 09:00

RE: Registration: HMK8930 State: NY Year: 2005
VIN: JNKCV64E05M417716 Blotter Number: FR-012764-24
Make: INFINITI Case Number:
Model: Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Ave
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01643-23
Impound Date: 08/09/2023 Time: 13:07
Release Date: 05/14/2024 Time: 09:00

RE: Registration: State: Year:
VIN: L5YTCKAV4N1166154
Blotter Number: FR-012764-24
Make: TAIZHOU ZHONGNENG
Case Number:
Model:
Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

Released to NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11
Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01662-23

Impound Date: 08/12/2023 Time: 11:22
Release Date: 02/05/2024 Time:

RE: Registration: KXH2019 State: NY Year: 2004
VIN: 1HGEM21194L039883 Blotter Number: FR-022246-23
Make: HONDA Case Number:
Model: CIVIC Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

released to nonstop towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ____________

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01675-23
Impound Date: 08/12/2023 Time: 23:54
Release Date: 02/15/2024 Time:

RE: Registration: LBS9044 State: NY Year: 2003
VIN: SAJEA51D83XD34987 Blotter Number: FR-004422-24
Make: JAGUAR Case Number:
Model: X-TYPE Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01676-23

Impound Date: 08/13/2023 Time: 11:42
Release Date: 02/05/2024 Time:

RE: Registration: N300831C State: NY Year: 2009
VIN: JTDKB20U593515895 Blotter Number: FR-022386-23
Make: TOYOTA Case Number:
Model: PRIUS Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

Released to NON STOP towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ____________________

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01684-23

Impound Date: 08/14/2023 Time: 16:33
Release Date: 02/05/2024 Time:

RE: Registration: JFL4945
VIN: 1J8GN58K38W273583
Make: JEEP
Model: LIBERTY

State: NY
Blotter Number: FR-022546-23
Case Number:
Color: WHI

Year: 2008

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.:

State:

Proof of Ownership:

REMARKS

RELEASED TO NON STOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11

Serial No.: 32050

Signature of Person Claiming Vehicle: ______________

Address of Person Claiming Vehicle: ______________

Officer's Signature: ______________

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01689-23 | Impound Date: 08/14/2023 | Time: 21:06
Release Date: 02/15/2024 | Time:

RE: Registration: NO PLATE | State: NY | Year: 2004
VIN: 1FTNF21L74EA94086 | Blotter Number: FR-004422-24
Make: FORD | Case Number:
Model: F250 | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): DANIEL TOTTER
Shield No.: 15 Serial No.: 00757

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01692-23

Impound Date: 08/15/2023 Time: 09:58
Release Date: 02/05/2024 Time:

RE: Registration: State: NY Year:
VIN: YKG7280JA4XBC6682OT Blotter Number: FR-022619-23
Make: Case Number:
Model: Color:

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01703-23 | Impound Date: 08/17/2023 | Time: 08:05
Release Date: 05/14/2024 | Time: 09:00

RE: Registration: N/A | State: NY | Year: 2007
VIN: 5N1BV28UX7N107580 | Blotter Number: FR-012764-24
Make: NISSAN | Case Number:
Model: QUEST | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01741-23

Impound Date: 08/23/2023 Time: 03:04
Release Date: 02/15/2024 Time:

RE: Registration: GLRF24 State: FL Year: 2011
VIN: 5J8TB1H22BA004990 Blotter Number: FR-004422-24
Make: ACURA Case Number:
Model: RDX Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01766-23

Impound Date: 08/24/2023 Time: 11:24
Release Date: 02/15/2024 Time:

RE: Registration: KXJ7360 State: NY Year: 2012
VIN: 3N1AB6AP9CL645236 Blotter Number: FR-004422-24
Make: NISSAN Case Number:
Model: SENTRA Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01781-23 | Impound Date: 08/31/2023 | Time: 22:24
Release Date: 02/15/2024 | Time:

RE: Registration: | State: NY | Year: 2009
VIN: 1HGCP26329A041406 | Blotter Number: FR-004422-24
Make: HONDA | Case Number:
Model: ACCORD | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01789-23 Impound Date: 08/27/2023 Time: 10:53

Release Date: 02/05/2024 Time:

RE: Registration: KYA3312 State: NY Year: 2007

VIN: 1HGCM56377A124000 Blotter Number: FR-023958-23

Make: HONDA Case Number:

Model: ACC Color: GRAY

TO: NON STOP TOWING

Address: 99 MAPLE PL

FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE AV

FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):

Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01817-23
Impound Date: 08/30/2023 Time: 17:33
Release Date: 02/05/2024 Time:

RE: Registration: KWK3203 State: NY Year: 2006
VIN: WP1AB29P16LA63110 Blotter Number: FR-024283-23
Make: PORSCHE Case Number:
Model: CAYENNE Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ______

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01842-23

Impound Date: 09/03/2023 Time: 23:03
Release Date: 05/14/2024 Time: 09:00

---

RE: Registration: 2HNYD18233H503258 State: Year: 2008
VIN: 2HNYD18233H503258 Blotter Number: FR-012764-24
Make: ACURA Case Number:
Model: MDX Color: BLU

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

Released to NonStop Towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: 99 Maple Pl.
Freeport NY 11520

Officer's Signature: ____________

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01857-23 | Impound Date: 09/07/2023 | Time: 09:49
Release Date: 05/14/2024 | Time: 09:00

RE: Registration: | State: NY | Year: 2007

VIN: JTMZD33V376052279 | Blotter Number: FR-012764-24

Make: TOYOTA | Case Number:

Model: RAV4 | Color: GRN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:

Proof of Ownership:

REMARKS

Released to Nonstop towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 | Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01874-23 | Impound Date: 09/08/2023 | Time: 16:29
Release Date: 02/05/2024 | Time:

RE: Registration: JFX6940 | State: NY | Year: 2013
VIN: 1N4AL3AP1DN492447 | Blotter Number: FR-025352-23
Make: NISSAN | Case Number: FR-02667-23
Model: ALTIMA | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS:
RELEASED TO NONSTOPTOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01908-23

Impound Date: 09/14/2023 Time: 17:04
Release Date: 02/15/2024 Time:

RE: Registration: State: NY Year:
VIN: NONE Blotter Number: FR-004422-24
Make: LOAD RITE Case Number:
Model: UNK Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01931-23 | Impound Date: 09/19/2023 | Time: 22:25
Release Date: 02/05/2024 | Time:

RE: Registration: KRK6451 | State: NY | Year: 2004
VIN: WVWPD63B14E180486 | Blotter Number: FR-026446-23
Make: VOLKSWAGEN | Case Number:
Model: PASSAT | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS.

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ____________

Address of Person Claiming Vehicle: ____________

Officer's Signature: ____________

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01942-23 | Impound Date: 09/21/2023 | Time: 09:24
Release Date: 02/15/2024 | Time:

RE: Registration: KHA7272 | State: NY | Year: 2011
VIN: 3N1AB6AP4BL653436 | Blotter Number: FR-004422-24
Make: NISSAN | Case Number:
Model: SENTRA | Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE AV
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 | Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
freeport NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01958-23

Impound Date: 09/24/2023 Time: 01:25
Release Date: 05/14/2024 Time: 09:00

RE: Registration: State: NY Year: 2013
VIN: 1GNSKJE73DR154595 Blotter Number: FR-012764-24
Make: CHEVROLET Case Number:
Model: SUBURBAN Color: WHI

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-01995-23

Impound Date: 10/03/2023 Time: 18:10
Release Date: 05/14/2024 Time: 09:00

RE: Registration: KZN5397 State: NY Year: 2000
VIN: JN8AR07YXYW435854 Blotter Number: FR-012764-24
Make: NISSAN Case Number:
Model: PATH Color: TAN

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02010-23 | Impound Date: 10/06/2023 | Time: 14:52
Release Date: 02/15/2024 | Time:

RE: Registration: | State: | Year: 2007
VIN: WBAVD535X7A007439 | Blotter Number: FR-004422-24
Make: BMW | Case Number:
Model: 335xl | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: | State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer):
Shield No.: | Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02024-23

Impound Date: 10/09/2023 Time: 02:57
Release Date: 02/05/2024 Time:

RE: Registration: KKG8264 State: NY Year: 2001
VIN: 1B4HS28NX1F620729 Blotter Number: FR-028277-23
Make: DODGE Case Number:
Model: DURANGO Color: BLU

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

Released to NON STOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: ______

Address of Person Claiming Vehicle: ______

Officer's Signature: ______

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02033-23

Impound Date: 10/10/2023 Time: 09:35
Release Date: 05/14/2024 Time: 09:00

---

RE: Registration: KNK7702 State: NY Year: 2007
VIN: KNDJF724277444901 Blotter Number: FR-012764-24
Make: KIA Case Number:
Model: SPORTAGE Color: WHI

---

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl Freeport NY 11520

Officer's Signature: [signature]

## FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02049-23 | Impound Date: 10/11/2023 | Time: 13:54
Release Date: 05/14/2024 | Time: 09:00

RE: Registration: KRD3067 | State: NY | Year: 2012
VIN: 1N4AL2AP0CN488267 | Blotter Number: FR-012764-24
Make: NISSAN | Case Number:
Model: ALTIMA | Color: BLK

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02070-23 | Impound Date: 10/14/2023 | Time: 09:05
Release Date: 02/05/2024 | Time:

RE: Registration: KJF6919 | State: NY | Year: 2004
VIN: JTEEP21A540017883 | Blotter Number: FR-028840-23
Make: TOYOTA | Case Number:
Model: | Color: GLD

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ______________________

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02116-23

Impound Date: 10/22/2023 Time: 00:31
Release Date: 02/05/2024 Time:

RE: Registration: State: Year: 2009
VIN: 2B3KA33V69H596045 Blotter Number: FR-029639-23
Make: DODGE Case Number:
Model: CHARGER (AND SH Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

Released to Nonstop towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle:

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02169-23 | Impound Date: 10/29/2023 | Time: 12:07
Release Date: 02/15/2024 | Time:

RE: Registration: GBB5223 | State: NY | Year: 2003
VIN: 1GKET16S736130200 | Blotter Number: FR-004422-24
Make: GENERAL MOTOR COMPANY | Case Number:
Model: ENVOY | Color: GRY

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer):
Shield No.: Serial No.:

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
FreePORT NY 11520

Officer's Signature: [signature]

**FREEPORT POLICE DEPARTMENT**

40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02171-23

Impound Date: 10/29/2023 Time: 15:26

Release Date: 02/05/2024 Time:

---

RE: Registration: KES9525 State: NY Year: 2006

VIN: 5N1AR18W96C609986 Blotter Number: FR-030423-23

Make: NISSAN Case Number:

Model: PATHFINDER Color: BLACK

---

TO:

Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING

Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:

Proof of Ownership:

REMARKS

Released to Nonstop towing

Authority (Desk Officer): NICHOLAS GIOVANNIELLO

Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: ______________________

Officer's Signature: [signature]

# FREEPORT POLICE DEPARTMENT

40 N OCEAN AVE
FREEPORT, NY 11520

## VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-02173-23

Impound Date: 10/30/2023 Time: 08:20
Release Date: 05/14/2024 Time: 09:00

RE: Registration: State: NY Year: 2001
VIN: 2MEFM74W71X714313 Blotter Number: FR-012764-24
Make: MERCURY Case Number:
Model: MARQUIS Color: RED

TO: NON STOP TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: NONSTOP, TOWING
Address: 99 MAPLE PL
FREEPORT, NY 11520

Plate No.: State:
Proof of Ownership:

REMARKS

RELEASED TO NONSTOP TOWING

Authority (Desk Officer): NICHOLAS GIOVANNIELLO
Shield No.: 11 Serial No.: 32050

Signature of Person Claiming Vehicle: [signature]

Address of Person Claiming Vehicle: 99 Maple Pl
Freeport NY 11520

Officer's Signature: [signature]