# EXHIBIT E

11/3/23, 11:50 AM Invoice

## Non-Stop Towing and Recovery

99 Maple pl, Freeport NY 11520
Phone: (516) 546-8697 | Fax : (516) 546-8837

# Impound Invoice

Printed 11/3/2023

**Released To**

| | | | |
|---|---|---|---|
| **Call #** | 10729 | **Reason for Impound** | susp reg |
| **Stock #** | 16486943 | **VIN Number** | [redacted] |
| **Case #** | 2188-23 | **Model** | |
| **Account** | Freeport Police Dept | **License Plate** | 10415MK (NY) |
| **Date/Time Impounded:** | 11/2/2023 10:45 AM | **Drivable** | Yes |
| **Date/Time Released:** | 11/3/2023 11:50 AM | **Keys** | No |
| **Days Held in Impound** | 2 days | **Towed from** | PF7 Freeport NY 11520 |
| | | **Stored at** | DOT #1<br>sunrise hwy , freeport NY 11520 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 2 | $125.00 | $250.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) FPD IMPOUND TOW | 2 | $750.00 | $1,500.00 |

| | |
|---|---|
| Towing SubTotal | $1,500.00 |
| Storage - Storage Fees SubTotal | $250.00 |
| Subtotal | $1,750.00 |
| Taxes | $150.94 |
| Grand Total | $1,900.94 |
| **Amount Due:** | **$0.00 / Paid** |

**American Express payment of $1,900.94 applied on 11/3/2023**

Non-Stop Towing and Recovery appreciates your business; if you have any questions regarding this invoice, please contact us at (516) 546-8697. Thank you.

Damage Disclaimer:
I Have been advised that my vehicle may be damaged if winched, towed, unlocked, jump started, tire changed or left on unattended premises. I recognize the difficulty involved and I agree not to hold Non-Stop Towing and Recovery responsible for such damages should it result. I, the undersigned do hereby certify that I am legally authorized and entitled to take possession of the vehicle described and all personal property therein. I have received the vehicle and all personal property in satisfactory condition.

Signature: ______________________ Date: ____________

Representative Title: president

NON-STOP TOWING & RECOVE
99 MAPLE PL
FREEPORT, NY 115204603
5165468837
Transaction 100252
Subtotal $1,900.94
Non-Cash Adj. 4% $76.04
Total $1,976.98
CREDIT CARD SALE $1,976.98
AMEX 7005
Retain this copy for statement validation
03-Nov-2023 11:49:24A
$1,976.98 | Method: EMV
AMERICAN EXPRESS
XXXXXXXXXX[redacted]
Reference ID: 3307[redacted]0542665
Auth ID: 864562
MID: **********6513
AID: A000000025010801
SIGNATURE
Online: https://clover.com/p/FVE88PKBNA3QG
*** REPRINT ***
Payment FVE88PKBNA3QG
Clover Privacy Policy
https://clover.com/privacy